51 A.3d 117

IN THE MATTER OF JOHN DAVID DICIURCIO, AN ATTORNEY AT LAW (ATTORNEY NO. 014281997).

September 20, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–026, concluding that **JOHN DAVID DiCIURCIO** of **CHERRY HILL,** who was admitted to the bar of this State in 1997, should be reprimanded for violating *RPC* 7.1(a) (prohibiting false or misleading communications about the lawyer, the lawyer's services, or any matter in which the lawyer has or seeks a professional involvement), Attorney *Advertising Guideline 2(a)* (March 2, 2005) (requiring the phrase "ATTORNEY ADVERTISEMENT" to be at least two font sizes larger than the largest size used in the advertising text), and *Opinion No. 35 of the Committee on Attorney Advertising,* 182 *N.J.L.J.* 792 (November 21, 2005) (requiring attorney advertising letter to state: "If you are already represented by counsel in this matter, please disregard this advertisement"); and good cause appearing;

It is ORDERED that **JOHN DAVID DiCIURCIO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.